**Miroslaw GORTAT, Henryk Bienkowski, Grzegorz Drelich, Miroslaw Filipkowski, Artur Lapinski, Jan Swaltek, on behalf of themselves and on behalf of all others similarly situated, Plaintiffs–Counter–Defendants–Appellees,**

**Artur Kosiorek, Henryk Stoklosa, Plaintiffs–Appellees,**

v.

**CAPALA BROTHERS, INC., Pawel Capala, Robert Capala, Defendants–Counter–Claimants–Appellants,**

**Felipe (Phillip) E. Orner, Appellant.**

No. 13–2731–cv.

United States Court of Appeals, Second Circuit.

June 10, 2014.

Robert Wisniewski, Esq., New York, NY, for Appellees.

Felipe (Phillip) E. Orner, Esq., Flushing, NY, for Appellants and pro se.

Present: BARRINGTON D. PARKER, DEBRA ANN LIVINGSTON, CHRISTOPHER F. DRONEY, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Following six years of litigation over unpaid wages under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.*, and New York law, Appellees prevailed following a two-week jury trial on each of their claims, as well as counterclaims asserted against them. Appellants Capala Brothers, Inc., Pawel Capala, and Robert Capala now appeal a host of orders and decisions issued before, during, and after trial, as well as the judgment entered by

the District Court. For substantially the same reasons as the District Court below, we affirm the District Court's orders and judgment on appeal. Appellant Felipe Orner also appeals an order of the district court imposing sanctions upon him. Again, for substantially the same reasons as the District Court below, we affirm the District Court's order as to Orner. We have considered all of Appellants' remaining arguments—including their challenge to the district court's impartiality—and have found them to be waived or without merit. Accordingly, the judgment of the District Court and the order as to Orner are **AFFIRMED.**